**Alexander B. Trueblood**, Cal. Bar No. 150897
Email: Abtlaw@Earthlink.net
TRUEBLOOD LAW FIRM
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone (310) 443-4139; Fax (310) 234-4023

**Robert Stempler**, Cal. Bar No. 160299
Email: StemplerLaw@Gmail.com
CONSUMER AND TAX LAW OFFICE OF
ROBERT STEMPLER, APLC
3400 Inland Empire Boulevard, Suite 101
Ontario, California 91764-5577
Telephone (909) 972-6841; Fax (909) 433-2132

Co-Counsel for Plaintiff KIRK MILLER

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK MILLER,<br><br>     Plaintiff,<br><br>     vs.<br><br>MIDLAND FUNDING LLC;<br>et al.;<br><br>     Defendants. | Case Number CV 07-4869-ODW (AGRx)<br><br>~~PROPOSED~~ JUDGMENT, PURSUANT TO RULE 68, AGAINST DEFENDANT ESKANOS & ADLER, A PROFESSIONAL CORPORATION |

PURSUANT TO ITS RULE 68 OFFER OF JUDGMENT, the Court hereby enters judgment in the amount of $1,001, plus reasonable attorney's fees and costs, in favor of Plaintiff KIRK MILLER and against defendant ESKANOS & ADLER, A PROFESSIONAL CORPORATION. Plaintiff's counsel shall submit an application for their reasonable attorney's fees within 14 days of this order.

IT IS SO ORDERED.

DATED: March 18, 2008

_____
OTIS D. WRIGHT II
United States District Judge

- 1 -