**Alexander B. Trueblood**, Cal. Bar No. 150897
Email: Abtlaw@Earthlink.net
TRUEBLOOD LAW FIRM
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone (310) 443-4139; Fax (310) 234-4023

**Robert Stempler**, Cal. Bar No. 160299
Email: StemplerLaw@Gmail.com
CONSUMER AND TAX LAW OFFICE OF
ROBERT STEMPLER, APLC
3400 Inland Empire Boulevard, Suite 101
Ontario, California 91764-5577
Telephone (909) 972-6841; Fax (909) 433-2132

Co-Counsel for Plaintiff KIRK MILLER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KIRK MILLER, | Case Number CV 07-4869-ODW (AGRx) |
|---|---|
| Plaintiff, | JUDGMENT AND ORDER GRANTING MOTION BY PLAINTIFF FOR AWARD OF ATTORNEY'S FEES, FOLLOWING ACCEPTANCE OF RULE 68 OFFER BY ESKANOS & ADLER, A PROFESSIONAL CORPORATION |
| vs. | |
| MIDLAND FUNDING LLC; et al.; | |
| Defendants. | Judicial Ofcr: Hon. Otis D. Wright II |

Before the Court is Plaintiff's motion for an award of attorney's fees, pursuant to Rule 68 of the Federal Rules of Civil Procedure, against defendant ESKANOS & ADLER, A PROFESSIONAL CORPORATION.

After considering the moving, opposing, and reply papers, the Court GRANTS Plaintiff's motion for an award of attorney's fees against defendant ESKANOS & ADLER, A PROFESSIONAL CORPORATION (Defendant), pursuant to its Rule 68 offer.

- 1 -

      The Court finds that Plaintiff has incurred $20,351.41 in attorneys fees, as follows: (1) for Robert Stempler, 8.2 hours at $350 per hour (a total of $2,870.00) (Stempler Decl. ¶¶ 28-30, Ex. 1); (2) for Alexander B. Trueblood, 34.90 hours at $495 per hour (a total of $17,275.50) (Trueblood Decl. ¶ 8, Ex. 1); and (3) litigation-related expenses, other than court costs submitted on Plaintiff's Bill of Costs, of $113 paid by Mr. Stempler's office (Stempler Decl. ¶ 31, Ex. 2) and $92.91 paid by Mr. Trueblood's office (Trueblood Decl. ¶ 9, Ex. 2).

      Based on the experience of Plaintiff's counsel, as detailed in the declarations in support of Mr. Stempler and Mr. Trueblood, and the prevailing market rate for attorneys having a specific practice of law, within Southern California, as indicated by the declarations in support of Martin W. Anderson, Mr. Stempler, and Mr. Trueblood, the Court finds that $350 is a reasonable hourly rate for Mr. Stempler and that $495 is a reasonable hourly rate for Mr. Trueblood. The Court notes that other judges, including other District Court Judges within the Central District of California, have also approved these hourly rates.

      The Court also finds that the time allocated by Mr. Stempler and Mr. Trueblood was reasonable for Plaintiff's ligation with this Defendant.

IT IS SO ORDERED.

Dated: April 29, 2008

      OTIS D. WRIGHT II
United States District Judge

- 2 -