ALEXANDER B. TRUEBLOOD (Bar No. 150897)
Email: Abtlaw@Earthlink.net
TRUEBLOOD LAW FIRM
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone: (310) 443-4139
Facsimile: (310) 234-4023

Robert Stempler, Cal. Bar No. 160299
Email: StemplerLaw@Gmail.com
CONSUMER AND TAX LAW OFFICE OF
ROBERT STEMPLER, APLC
3400 Inland Empire Boulevard, Suite 101
Ontario, California 91764-5577
Telephone (909) 972-6841; Fax (909) 433-2132

Attorneys for Plaintiff
KIRK MILLER

**NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT**

**NOTE: CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK MILLER,<br><br>Plaintiff,<br><br>vs.<br><br>MIDLAND FUNDING LLC., MIDLAND CREDIT MANAGEMENT, INC., ESKANOS & ADLER, A PROFESSIONAL CORPORATION, and DOES 1-10, inclusive,<br><br>Defendants. | Case No: 07-CV-04869 ODW (AGRx)<br><br>**ORDER GRANTING STIPULATION CONTINUING HEARING DATE ON PARTIES' MOTIONS FOR SUMMARY JUDGMENT AND EXTENDING DEADLINE FOR SETTLEMENT CONFERENCE**<br><br>Date:  July 21, 2008<br>Time:  1:30 p.m,<br>Courtroom:  11<br><br>Hon. Otis D. Wright II |

1

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The hearing date on the parties' motions for summary judgment is continued from July 21 to August 4, 2008 at 1:30 p.m., with all briefing deadlines to conform to the continued hearing date.

2. Accordingly, the motions for summary judgment were timely filed and served, and comply with Local Rule 7-3.

3. Counsel for the parties are to approve and efile Form ADR-01 no later than July 15, 2008.

4. The last date on which the parties may complete a settlement procedure shall be continued from July 14, 2008 to ~~August 7, 2008~~ **August 4, 2008**.

5. The parties shall efile the status of settlement by ~~August 8, 2008~~ **August 5, 2008**.

6. The deadlines presently set for July 28, 2008 (the pretrial conference order, exhibit and witness lists, etc), shall be continued to August 8, 2008.

IT IS SO ORDERED.

Dated:  July 8, 2008

OTIS D. WRIGHT II
United States District Judge

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

NOTE: CHANGES MADE BY THE COURT