UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-4869 ODW(AGRx) | Date | August 7, 2008 |
|---|---|---|---|
| Title | Kirk Miller v. Midland Funding, LLC, et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):** **Order Continuing Jury Trial, Related Pretrial Hearing Dates and Deadlines**

The August 8, 2008 deadline to file and lodge pretrial documents as set forth in the Schedule of Trial and Pretrial Dates issued on October 4, 2007 [13] is CONTINUED to **Thursday, August 21, 2008.**

The Pretrial Conference presently scheduled for August 11, 2008 at 3:30 p.m. is CONTINUED to **Wednesday, September 3, 2008 at 3:00 p.m.**

The August 11, 2008 deadline to file Motions In Limine, Proposed Voir Dire Questions and an agreed to Statement of the Case is CONTINUED to **Wednesday, September 3, 2008.**

The Hearing on Motions In Limine and Disputed Jury Instructions presently scheduled for September 1, 2008 at 4:00 p.m. is CONTINUED to **Monday, September 22, 2008 at 4:00 p.m.**

The September 4, 2008 deadline to file the final Trial Exhibit Stipulation is CONTINUED to **Thursday, September 25, 2008.**

The Jury Trial presently scheduled for September 9, 2008 at 9:00 a.m. is CONTINUED to **Tuesday, September 30, 2008 at 9:00 a.m.**

IT IS SO ORDERED.

: 00

Initials of Preparer    RGN