1  **Alexander B. Trueblood**, Cal. Bar No. 150897
   Email: Abtlaw@Earthlink.net
2  TRUEBLOOD LAW FIRM
   10940 Wilshire Boulevard, Suite 1600
3  Los Angeles, California 90024
   Telephone (310) 443-4139; Fax (310) 234-4023
4
   **Robert Stempler**, Cal. Bar No. 160299
5  Email: StemplerLaw@Gmail.com
   CONSUMER AND TAX LAW OFFICE OF
6  ROBERT STEMPLER, APLC
   3400 Inland Empire Boulevard, Suite 101
7  Ontario, California 91764-5577
   Telephone (909) 972-6841; Fax (909) 433-2132
8
   Co-Counsel for Plaintiff KIRK MILLER
9

10                    UNITED STATES DISTRICT COURT

11                    CENTRAL DISTRICT OF CALIFORNIA

12

13  KIRK MILLER,                )   Case Number CV 07-4869-ODW (AGRx)
                                )
14           Plaintiff,         )   ~~PROPOSED~~ JUDGMENT AND ORDER
                                )   GRANTING MOTION FOR PARTIAL
15      vs.                     )   SUMMARY JUDGMENT IN FAVOR OF
                                )   PLAINTIFF AGAINST DEFENDANTS
16  MIDLAND FUNDING LLC;        )   MIDLAND FUNDING LLC AND
    et al.;                     )   MIDLAND CREDIT MANAGEMENT,
17                              )   INC.
             Defendants.        )
18                              )
                                )
19                              )
                                )
20                              )
                                )
21                              )
                                )
22                              )
                                )
23                              )
                                )
24                              )
                                )
25                              )
    _____ )
26

27

28

                                -1-

1       Before the Court is Plaintiff Kirk Miller's motion, pursuant to Rule 56 of the
2 Federal Rules of Civil Procedure, for entry of partial summary judgment in
3 Plaintiff's favor.
4       For the reasons stated in the Statement of Decision, Plaintiff's motion for
5 summary judgment is GRANTED, with further proceedings to be noticed by the
6 Court, consistent with this judgment against Defendants Midland Credit
7 Management, Inc. And Midland Funding, LLC, which shall be entered on this date.

9 IT IS SO ORDERED.

11 Dated: September 22, 2008                                       
                                         OTIS D. WRIGHT II
12                                           United States District Judge