JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KIRK MILLER,<br><br>    Plaintiff,<br><br>vs.<br><br>MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC., ESKANOS & ADLER, A PROFESSIONAL CORPORATION, and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO.: CV07-04869 ODW (AGRx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br><br>The Honorable Otis D. Wright II |

MILLER V. MIDLAND FUNDING, LLC ET AL.(CASE NO.CV07-04869 ODW (AGRx))
[PROPOSED] JUDGMENT

The motion of defendants Midland Funding LLC and Midland Credit Management, Inc. for summary judgment came on for hearing on August 18, 2008 before this Court. For the reasons stated in the Court's Order Granting Defendants' Motion for Summary Judgment and Denying As Moot Plaintiff's Cross-Motion for Partial Summary Judgment, dated September 4, 2008, JUDGMENT is hereby entered in favor of defendants Midland Funding LLC and Midland Credit Management, Inc., and against plaintiff Kirk Miller.

IT IS SO ORDERED.

Dated: Sept. 23, 2008   By: _____
OTIS D. WRIGHT
The Honorable Otis D. Wright II
United States District Judge