1    TOMIO B. NARITA (SBN 156576)
     JEFFREY A. TOPOR (SBN 195545)
2    SIMMONDS & NARITA LLP
     44 Montgomery Street, Suite 3010
3    San Francisco, CA 94104-4816
     Telephone: (415) 283-1000
4    Facsimile:   (415) 352-2625
     tnarita@snllp.com
5    jtopor@snllp.com

6

7    Attorneys for Defendants
     Midland Funding LLC and
     Midland Credit Management, Inc.

8

9

10                 UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12                     WESTERN DIVISION

13    KIRK MILLER,               CASE NO.: CV07-04869 ODW (AGRx)

14          Plaintiff,         )

15                        )   **ORDER ON STIPULATION TO**
         vs.             )   **CONTINUE DATES FOR**

16                        )   **OPPOSITION AND REPLY TO**
                       )   **PLAINTIFF'S MOTION FOR A**

17    MIDLAND FUNDING LLC,    )   **NEW TRIAL/ RECONSIDERATION**
     MIDLAND CREDIT         )

18    MANAGEMENT, INC., ESKANOS   )   Date: November 17, 2008
     & ADLER, A PROFESSIONAL    )   Time: 1:30 p.m.

19    CORPORATION, and DOES 1-    )   Ctrm: 11
     10,inclusive,             )

20                        )
         Defendants.       )

21                        )
   ——————————————————— )

22

23

24

25

26

27

28

   MILLER V. MIDLAND FUNDING, LLC ET AL.(CASE NO.CV07-04869 ODW (AGRx))
   [PROPOSED] ORDER ON STIPULATION TO CONTINUE DATES FOR OPPOSITION
   AND REPLY RE MOTION FOR NEW TRIAL

1    Pursuant to the stipulation of the parties and good cause appearing, IT IS

2  HEREBY ORDERED THAT defendants Midland Funding LLC and Midland

3  Credit Management, Inc.'s ("Defendants") Opposition to plaintiff Kirk Miller's

4  ("Plaintiff") Motion for a New Trial/Reconsideration shall be due on or before

5  November 3, 2008.  Plaintiff's reply to Defendants' Opposition shall be due on or

6  before November 10, 2008.

7

8  IT IS SO ORDERED.

9

Dated: October 23, 2008          By: _____

10                                        The Honorable Otis D. Wright II
                                         United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28