ALEXANDER B. TRUEBLOOD (Bar No. 150897)
TRUEBLOOD LAW FIRM
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone: (310) 443-4139
Facsimile: (310) 234-4023

ROBERT STEMPLER, (Bar No. 160299)
Email: StemplerLaw@Gmail.com
CONSUMER LAW OFFICE OF
ROBERT STEMPLER, APLC
P.O. Box 1721
Palm Springs, CA 92263-1721
Telephone (760) 422-2200
Facsimile (909) 433-2132

Attorneys for Plaintiff
KIRK MILLER

TOMIO B NARITA, (Bar No. 156576)
JEFFREY A. TOPOR, (Bar No. 195545)
SIMMONDS & NARITA, LLP
44 Montgomery St, Ste 3010
San Francisco, California 94104-4816
Telephone (415) 283-1000
Facsimile (415) 352-2625

Counsel for Defendants
MIDLAND CREDIT MANAGEMENT, INC.
AND MIDLAND FUNDING LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK MILLER, | Case No: CV-07-04869 ODW (AGRx) |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | Hon. Otis D. Wright II |
| MIDLAND FUNDING LLC., MIDLAND CREDIT MANAGEMENT, INC., et al. | |
| Defendants. | |

Pursuant to the Local Rule 16-15.7, the parties jointly report to the Court that they have reached a settlement agreement of the entire case, and upon the signing of a settlement agreement and receipt of the proceeds, the parties will stipulate to dismiss the entire action with prejudice.

Accordingly, the parties respectfully request that the Court take off calendar the Pretrial Conference on April 27, 2009, hearing on any Motions in Limine on May 11, 2009, and the Jury Trial to start on May 19, 2009.

Dated: April 8, 2009         CONSUMER LAW OFFICE OF
                             ROBERT STEMPLER, APLC

                             By:    ___/s/_____
                                    Robert Stempler

                             Attorneys for Plaintiff
                             KIRK MILLER

Dated: April 8, 2009         SIMMONDS & NARITA

                             By:    ____/s/_____
                                    Jeff Topor

                             Attorneys for Defendants
                             MIDLAND CREDIT MANAGEMENT, INC.
                             and MIDLAND FUNDING LLC

1